# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

                        Plaintiff,

v.                                                  Case No.: 1:21−cr−00239
                                                   Honorable Manish S. Shah

Daniel M Rosenbaum

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 4, 2023:

      MINUTE entry before the Honorable Manish S. Shah: as to Daniel M. Rosenbaum. Hearing on the government's motion to revoke pretrial release is set for 1/11/2023 at 1:15 p.m. in Courtroom 1919. The arrest warrant is stayed pending defendant';s self−surrender to the USMS on Monday, 1/9/23 by 2:00 p.m. Defendant shall remain detained pending the hearing on 1/11/23. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.