# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

UNITED STATES OF AMERICA

Plaintiff,

v.                  Case No.: 1:21−cr−00239

Honorable Manish S. Shah

Daniel M Rosenbaum

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 11, 2023:

MINUTE entry before the Honorable Manish S. Shah: Motion hearing held. Defendant does not dispute the factual allegations of the government's motion to revoke pretrial release. For the reasons stated in open court, the motion [52] is granted. The order setting defendant's conditions of release is vacated and defendant's pretrial release is revoked. Defendant shall be detained pending further court order. As required by 18 U.S.C. 3142(i), defendant shall be confined in a facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; defendant shall be afforded reasonable opportunity for private consultation with counsel; and the person in charge of the facility in which defendant is confined shall deliver defendant to a U.S. Marshal for the purpose of an appearance in connection with a court proceeding, on order of a court or on request of an attorney for the government. Status hearing held. No status report on 1/19/23 is necessary. Continued status hearing is set for 2/27/23 at 1:30 p.m. in Courtroom 1919. Time is excluded under the Speedy Trial Act until 2/27/23, without objection, to serve the ends of justice. The delay is necessary to give the parties time for effective preparation, which includes continued plea negotiations and further factual investigation by both parties, and outweighs the interests of the public and defendant in a speedy trial. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.