# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

UNITED STATES OF AMERICA

                Plaintiff,

v.
                                    Case No.: 1:21–cr–00239
                                    Honorable Manish S. Shah

Daniel M Rosenbaum

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, May 2, 2023:

        MINUTE entry before the Honorable Manish S. Shah: as to Daniel M. Rosenbaum. Time is excluded under the Speedy Trial Act until 5/25/23, without objection, to serve the ends of justice. The delay is necessary to give the parties time for effective preparation, which includes ongoing discussions to resolve this matter short of trial, and outweighs the interests of the public and defendant in a speedy trial. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.