**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                            Case No.: 1:21−cr−00239
                                                    Honorable Manish S. Shah

Daniel M Rosenbaum

                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, September 25, 2023:

      MINUTE entry before the Honorable Manish S. Shah: as to Daniel M. Rosenbaum. Sentencing is reset to 11/14/2023 at 1:30 p.m. Sentencing memoranda with objections to the presentence report and discussing 18 U.S.C. § 3553(a) factors must be filed (in one combined filing per side) by 11/7/23. Failure to file the memoranda by that deadline risks waiver of any objections to the presentence report. Notices mailed. (psm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.