







GROUP EXHIBIT A

















