Marcia K Rosenbaum
606 Calais Circle
Highland Park, Illinois. 60035

October 4, 2023

The Honorable Manish S. Shah
United States District Court- Northern District of Illinois
219 South Dearborn Street
Chambers Room 1978
Chicago, Illinois 60604

Re: Daniel M. Rosenbaum

Dear Judge Shah:

    My name is Marcia Rosenbaum. Dan Rosenbaum is my son. I was married to Jim Rosenbaum for 50 years, and together we raised three sons; Dan is our youngest. We were married when Jim was still in law school, and I was an elementary student teacher. I worked as a teacher until our children were born, and I was a stay-at-home mom until Dan was in 5th grade. We were a close-knit family, and Jim and I were very involved in our children's lives. Dan was a good brother and son. He was very outgoing and pleasant. I was surprised and disappointed with what Dan has done. However, I know that he is capable of being honest and wants to be back with me and the many others who love him and depend on him. He is working with a therapist to help him understand what he did. I hope you will consider his good qualities when you sentence him.

    Dan has always been a hard worker. At one time he managed and ran more than 20 Calendar Club stores at once. He barely slept. He supported his family legally and even helped friends who were needy both financially and emotionally. When asked to help he always was available and volunteered his time and efforts. He participated in all family activities.

    Dan has two daughters: Hannah, who is 24 and a teacher in Arizona and getting her Master's Degree this month, and Madison, who is 7 and in 2nd grade. He has been active in all aspects of their lives. When Hannah played tennis in high school and in college, Dan never missed a match wherever it was. He volunteered at Madison's school whenever he was needed. He was very supportive of both of their various activities. Even now he calls both of them twice a day with his limited funds. Both of them need their dad.

    Dan has been very helpful and supportive of me. When I lost Jim very suddenly, Dan stepped in to help me. I was lost with the mess Jim left me in, both financially and emotionally. I had no idea what to do. Dan took over my finances, set me up to pay my bills online, and arranged for a loan modification program which eventually led to a new mortgage on my house. He helped me buy a new car, get Medicare and Blue Cross, and helped set up my insurance (auto and home). He helped me setup WiFi and the internet. He got me a new iPhone, iPad

**GROUP EXHIBIT B**

*and programmed them all for me and taught me how to use them all. He seemed to be around whenever I needed him and even made small repairs (changed light bulbs, furnace filters, etc). I can't even explain the time and effort he devoted to me and my finances. During the pandemic, he shopped for me and generally made my life more pleasant. We talked daily, and I relied on him for advice, company, etc. He literally saved me.*

*Dan also helped his ex-wife, Jill, and Madison's mom, Heather. Both women are in Milwaukee with their daughters and depend on Dan for emotional and financial support. They are impacted with his absence and would benefit from his return.*

*Please consider all the good things Dan has done for so many people. I know he has done things to hurt many people, and if he got out he could find employment to help pay back some of what he stole. I'm not getting any younger, and I hope to spend more meaningful time with him while I am able. Hannah and Madison need to spend time with their Dad, and the rest of the family need him too.*

*Thank you for your consideration.*

*Marcia K. Rosenbaum*

Marcia K. Rosenbaum

**Michael D. Rosenbaum**
**545 Cypress Point Court**
**Riverwoods, IL 60015**

October 2, 2023

The Honorable Manish S. Shah
United States District Court – Northern District of Illinois
219 South Dearborn Street
Chambers Room 1978
Chicago, IL 60604

Re: Daniel M Rosenbaum

Dear Judge Shah:

My name is Mike Rosenbaum and I am attorney in Chicago at the Faegre Drinker Law firm. I am obviously not happy or proud of what my brother Dan has done. However, I want you to know that there is a lot of good in Dan and there are many people who love and rely on him. I would ask in sentencing Dan that you consider that he is and has been a good father, son, partner and family member.

I know his time in prison, since January 10, has allowed him to understand the pain he has caused to those he took money from and to those who love and care about him. He constantly tells us so in his phone calls and letters. He made a huge mistake and he knows it. I understand that he meets with a counselor in prison to understand and address his behavior and I know he wants to return to the Dan Rosenbaum we all knew.

Dan was a hard worker, entrepreneur and always found a way to legally make money to support his loved ones. As you probably know, he doesn't have any money or available funds to make restitution. However, given the opportunity after serving his time in prison – he should be able to find opportunities to make money to provide restitution to his victims.

He has a 7year daughter (Madison) and a 24 year old daughter (Hannah). Madison lives in Milwaukee, WI and is in first grade. Hannah currently lives in Phoenix, AZ and is an elementary school teacher. She will likely also move back to Wisconsin after her fiancé graduates from Grand Canyon University in Phoenix. She is planning to get married in Milwaukee next summer.

Dan has always been an amazing father and makes supporting and spending time with Hannah and Madison his number one priority. He has always been actively involved in all aspects of their lives - including helping with their schooling, attending all dance, sporting and other events in which the girls participated and doing anything to spend

1

October 17, 2023

Judge Shah,

My name is Heather Petersen and Dan Rosenbaum and I have a 7 year old daugher together named Madison. We live in a suberb of Milwaukee. Since she was born Dan has been a great father to Madison and has been there for her. Together we've tried to make a nice household for Madison to be raised in. My childhood was diificult and lacked a father figure and that is the last thing I ever want for Madison is to be without her dad. This past year has been tough and I see it in Madisons eyes and lack of smile when she sees other fathers particpating in activities together. Dan has gone to a lot of her activities and it has been hard for her to understnad why hes not there. Madison loves Dan very much and I look forward to madison having her father back in her life like she deserves, it breaks my heart to see the negative effects of not having her father in her life. She's been attending counseling to help cope with this but that doesn't take away his absence.

Thank you ,

Heather Petersen