

## Resilience Class

Date: November 28, 2023

DANIEL ROSENBAUM

To Whom It May Concern:

The above-named individual was chosen to be in the Resilience class which began on June 8, 2023. The Resilience class helps those who are incarcerated focus on coping skill development, and provides necessary resources for them to move closer towards the goals they set while in class. Mr. ROSENBAUM has been actively involved in all group discussions, homework assignments, and provides appropriate feedback when necessary. He has not had any significant behavioral incidences at the Jerome Combs Detention Center since taking this class.

If you have any further questions or comments, please feel free to contact me at (815) 936-5977, or email me at tcollins@kcroreentry.org.

Respectfully submitted,


Travis Collins

Re-entry Specialist

**GROUP EXHIBIT C**



# CERTIFICATE OF COMPLETION

AWARDED TO

## DANIEL ROSENBAUM

FOR COMPLETION OF THE RESILIENCE PROGRAM

JEROME COMBS DETENTION CENTER

OCTOBER 27, 2023 - NOVEMBER 28, 2023

_____
Chief of Corrections

_____
Instructor

_____
Instructor