**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 21 CR 239 |
| DANIEL ROSENBAUM ) | Honorable Manish S. Shah |
| ) | |
| Defendant. ) | |

**MOTION FOR LEAVE TO SUPPLEMENT GROUP EXHIBIT B IN SUPPORT OF DEFENDANT'S SENTENCING MEMORANDUM**

NOW COMES Defendant, Daniel Rosenbaum, by and through his attorneys, Steven R. Decker and James F. DiQuattro, and respectfully moves this Honorable Court to grant leave to file to supplement Group Exhibit B to Defendant's sentencing memorandum. In support thereof, Defendant states as follows:

1. Defendant was charged with Frauds and Swindles in violation of 18 U.S.C. § 1341 and Wire Fraud in violation of 18 USC § 1343.

2. Defendant entered a plea of guilty to count 3 of the indictment for the offense of Wire Fraud.

3. Undersigned Counsels have filed a sentencing memorandum with exhibits on behalf of Defendant. Sentencing is scheduled for February 13, 2024 at 1:30PM.

4. Defendant respectfully requests that this Honorable Court grant leave to file to supplement Group Exhibit B.

5. The supplemental document consists of a letter of support from Defendant's brother, Michael D. Rosenbaum. The original Group Exhibit B filed with Defendant's Memorandum only contained the first page of Michael

Rosenbaum's letter of support. The second page of the letter was inadvertently omitted from the original filing.

6. Defendant will provide the U.S Attorney's office with a copy of said supplement to Group Exhibit B.

WHEREFORE Defendant respectfully prays this Honorable Court grant leave to file the supplement to Group Exhibit B in support of Defendant's Memorandum and for any such other relief as this Court deems just.

    Respectfully Submitted,

    /s/Steven R. Decker
    Steven R. Decker

    /s/James F. DiQuattro
    James F. DiQuattro

**Steven R. Decker**
**900 West Jackson Blvd., Suite 5-West**
**Chicago, Il 60607**
**312-738-3773**
**Stevendecker49@gmail.com**

**James F. DiQuattro**
**900 West Jackson Blvd., Suite 5-West**
**Chicago, IL 60607**
**312-627-9482**
**james@diquattrolawoffices.com**