**Michael D. Rosenbaum**
**545 Cypress Point Court**
**Riverwoods, IL  60015**

October 2, 2023

The Honorable Manish S. Shah
United States District Court – Northern District of Illinois
219 South Dearborn Street
Chambers Room 1978
Chicago, IL 60604

Re:  Daniel M Rosenbaum

Dear Judge Shah:

My name is Mike Rosenbaum and I am attorney in Chicago at the Faegre Drinker Law firm.  I am obviously not happy or proud of what my brother Dan has done.  However, I want you to know that there is a lot of good in Dan and there are many people who love and rely on him.  I would ask in sentencing Dan that you consider that he can only make restitution to those he aggrieved if he is young and healthy enough to go back to work when he gets out of prison and that he is and has been a good father, son, partner and family member.

I know his time in prison, since January 10, has allowed him to understand the pain he has caused to those he took money from and to those who love and care about him.  He constantly tells us so in his phone calls and letters.  He made a huge mistake and he knows it.  I understand that he meets with a counselor in prison to understand and address his behavior and I know he wants to return to the Dan Rosenbaum we all knew.

Dan was a hard worker, entrepreneur and always found a way to legally make money to support his loved ones.  As you probably know, he doesn't have any money or available funds to make restitution.  However, given the opportunity after serving his time in prison – he should be able to find opportunities to make money to provide restitution to his victims.

He has a 7year daughter (Madison) and a 24 year old daughter (Hannah).  Madison lives in Milwaukee, WI and is in first grade.   Hannah currently lives in Phoenix, AZ and is an elementary school teacher.  She will likely also move back to Wisconsin after her fiancé graduates from Grand Canyon University in Phoenix.   She is planning to get married in Milwaukee next summer.

Dan has always been an amazing father and makes supporting and spending time with Hannah and Madison his number one priority.  He has always been actively involved in all aspects of their lives - including helping with their schooling, attending all dance, sporting and other events in which the girls participated and doing anything to spend time with them.  He found a way to talk to both of them every day (and has continued to try and do so while he is in jail in Kankakee).  They are both

great kids and he has always been an involved, strong and good father. They are both still relatively young and would benefit from having Dan out of prison and in their lives again.

Dan has also been a great son to our mom (Marcia). Marcia is currently 84. Our dad died 11 years ago and Dan really stepped up and helped Marcia adjust to life as a widow. He would stay at her house when she was lonely or needed companionship. He would be her "plus one" at events when she didn't want to go alone. He would drive down from Milwaukee to Highland Park, IL (where Marcia lives) to take her to all of her doctor appointments. He would help her with her phone, internet and tv and acted as her general handyman. As is the case with Hannah and Madison, Dan made many personal sacrifices to make Marcia's life better and easier. While Marcia is healthy, Dan's behavior has taken its toll on her and she is worried she may not live long enough to see Dan as a free man.

Dan also maintains a relationship with his ex-wife and Hannah's mom (Jill) and Madison's mom (Heather). They both live in the Milwaukee area and rely heavily on Dan. I think they are both writing letters to you explaining how involved Dan was in their lives and how much of a hardship it will be to have Dan in prison for a long period of time.

Dan was also an important presence in my life. Despite his busy work schedule, he tried to be at every family event. As I travel a lot for my work, he made my life easier and better because he spent so much time with my mom. He would always offer to be available to take me to or from the airport - so we could spend time together.

I know that Dan has hurt many people by what he has done and that he needs to go to prison. He knows something caused him to act out of character and do things that hurt innocent people and those he cared about the most. However, the only way that he can make this right for those he hurt is for him to get out of prison when he is young and healthy enough to be able to work again. Absent that, there will be no money for any of his victims. In addition, having him out of prison while he is still able to be healthy and productive would also benefit Hannah, Madison, Marcia, Jill and Heather and many others. Please consider all the good Dan has done in his life when sentencing Dan.

Thank you for your consideration

*Michael A. Rosenbaum*

Michael D. Rosenbaum