NOTICE OF FILING

**FILED**

FEB 11 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

    THe undersigned Defendant, Daniel M. Rosenbaum, Pro Se, hereby submits on February 5, 2025, for filing the attached Petition: Motion for Reduction of Sentence Pursuant to 18 U.S.C. 3582(c)(2).

    A "Return Envelope" with adequate postage has been provided. Please return a "Recieved and Date Stamped" copy designated to the undersigned's attention and mark on the envelope "Prisoner Correspondence" or "Legal Mail" at the address listed below on this page.

_____

Daniel M. Rosenbaum, 42422-509
FMC Lexington
P.O. Box 14500
Lexington, KY 40512

CERTIFICATE OF SERVICE

I, Daniel M. Rosenbaum, hereby Certifiy that I ahve served a true and complete copy of the following: Motion for Reduction of Sentence Pursuant to 18 U.S.C. 3582(c)(2), by placing the same in the care and custody of Prison Officials at FMC Lexington, Kentucky on this 5 day of February, 2025, with sufficient postage affixed. It would be deemed filed at the time it was delivered to Prison Authorities for forwarding to the Court. See Houston v. Lack, 487 U.S. (1988). This service was served on the following Party or Parties:

Clerk of Court
U.S. District Courthouse
219 S. Dearborn Street
Chicago, IL 60604

Daniel M. Rosenbaum, 42422-509
FMC Lexington
P.O. Box 14500
Lexington, KY 40512



