# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.2)
### Eastern Division

UNITED STATES OF AMERICA

                              Plaintiff,

v.                                                           Case No.: 1:21−cr−00239
                                                          Honorable Manish S. Shah

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 14, 2025:

       MINUTE entry before the Honorable Manish S. Shah: As to Daniel M Rosenbaum. Defendant's motion for reduction of sentence under 18 U.S.C. s. 3582(c)(2), [85], is denied. Defendant invokes the "zero−point offender" guideline amendment. That amendment was in effect at the time of defendant's original sentencing in February 2024 and was considered then. The court found that defendant caused substantial financial hardship to more than one victim, and the zero−point offender adjustment did not apply. See [84] at paragraph 19 (corrected sentencing guideline calculation). Defendant's sentencing range has not been lowered by the Sentencing Commission. Defendant is remorseful, has plans for the future, feels the weight of his absence from family milestones, and has participated in positive programs within BOP. The court hopes defendant is on the path to success, but section 3582(c)(2) does not apply to his case and there are no extraordinary and compelling reasons to reduce his sentence under section 3582(c)(1). The below−guidelines sentence fully accounted for defendant's lack of criminal history, lack of violence, and physical health. The section 3553(a) factors do not warrant a reduction in sentence. The clerk shall send a copy of this order to defendant at FMC Lexington. (ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.